# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL DREWS,** | ) | **CASE NO. 8:09CV52** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **PAUL J. HANSEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Motion to Dismiss filed by the Defendant Paul J. Hansen, asserting that this Court lacks personal jurisdiction over him. (Filing No. 10). The Defendant did not submit any supporting brief in compliance with the Court's Local Rules, nor did he cite any authority in support of his motion. *See* NECivR 7.0.1(a)(1)(A) ("A motion raising a substantial issue of law must be supported by a brief filed and served together with the motion."). The Defendant's decision to proceed *pro se*, that is, without the assistance of counsel, does not exempt him from the obligation to comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with such orders and rules may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

IT IS ORDERED: The Defendant's Motion to Dismiss (Filing No. 10) is denied without prejudice.

DATED this 10th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge