IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL DREWS,** | ) | **CASE NO. 8:09CV52** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PAUL J. HANSEN,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for recusal (Filing No. 45).

Default Judgment has been entered, and this case is now closed. No proceedings are pending.

IT IS ORDERED:

1. The Defendant's pro se motion for recusal (Filing No. 45) is denied as moot; and

2. The Clerk is directed to mail a copy of this Order to the Defendant at his last known address.

DATED this 20th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge